FEDERAL DEPOSIT INSURANCE CORPORATION *v.*
LANDHOLD CORPORATION ET AL.
(10522)

O'CONNELL, NORCOTT and FREEDMAN, Js.

Argued March 25—decision released April 14, 1992

*William H. Cashman,* with whom, on the brief, was *Tara L. Knight,* for the appellant (named defendant).

*Barry K. Stevens,* with whom, on the brief, was *Matthew M. Hausman,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.